UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. SMITH, | No. 2:13-cv-0605 KJN P |
| Petitioner, | |
| v. | ORDER |
| MARION SPEARMAN, Warden,, | |
| Respondent. | |

Both parties consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c). On April 17, 2013, respondent filed a motion to dismiss this action based on petitioner's failure to exhaust state court remedies. Petitioner failed to file an opposition. On May 21, 2013, petitioner was granted a thirty-day extension of time in which to file an opposition, and warned that failure to do so would be deemed consent to have this action dismissed. The thirty day period has now expired, and petitioner has not filed an opposition or otherwise responded to the court's order.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

**Date: 7/2/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/smit0605.146o