1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  STEVEN R. SMITH,                              No.  2:13-cv-0605 KJN P

12                  Petitioner,

13          v.                                    ORDER

14  MARION SPEARMAN, Warden,,

15                  Respondent.

16

17          Both parties consented to proceed before the undersigned for all purposes.  See 28

18  U.S.C. § 636(c).  On April 17, 2013, respondent filed a motion to dismiss this action based on

19  petitioner's failure to exhaust state court remedies.  Petitioner failed to file an opposition.  On

20  May 21, 2013, petitioner was granted a thirty-day extension of time in which to file an opposition,

21  and warned that failure to do so would be deemed consent to have this action dismissed.  The

22  thirty day period has now expired, and petitioner has not filed an opposition or otherwise

23  responded to the court's order.

24  ////

25  ////

26  ////

27  ////

28  ////

                                        1

1          Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2   See Local Rule 110; Fed. R. Civ. P. 41(b).

3   **Date:  7/2/2013**

4

5                                            _____
                                            KENDALL J. NEWMAN
6                                            UNITED STATES MAGISTRATE JUDGE

7   /smit0605.146o

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28